MICHAEL W. FOSTER (State Bar No. 127691)
TAMMY A. BROWN (State Bar No. 172612)
AFRICA E. DAVIDSON (State Bar No. 225680)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
Email:  tbrown@fosteremploymentlaw.com
Email:  adavidson@fosteremploymentlaw.com

CRAIG S. SPENCER (State Bar No. 78277)
MARIA LOURDES MATTHEW (State Bar No. 219512)
DEREK MCDONALD (State Bar No. 238477)
EAST BAY MUNICIPAL UTILITY DISTRICT
Office of General Counsel
375 11th Street, 9th Floor
Oakland, CA 94607
Telephone: (510) 287-0171
Facsimile: (510) 287-0162

Attorneys for Defendant
EAST BAY MUNICIPAL UTILITY DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRSAD HAJRO,<br><br>    Plaintiff,<br><br>vs.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT, DOES 1-25,<br><br>    Defendant. | Case No. 4:19-cv-03406-YGR<br><br>**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT/NOTICE OF NO OPPOSITION RECEIVED**<br>**[FRCP 12(b)]**<br><br>Date:  August 13, 2019 [vacated by Court Order]<br>Time: 2:00 p.m.<br>Courtroom: 1<br><br>Action Filed: June 14, 2019<br>Trial Date:     Not assigned |

Plaintiff has failed to file any Opposition to the Motion to Dismiss and failed to file a Statement of Non-Opposition, despite being granted an extension of time to do so by the Court. Indeed, Plaintiff has not communicated with the Court or defense counsel since Defendant initiated this action in state court.  The Amended Complaint should be dismissed for failure to prosecute. *See, Dkt. No. 14*.

On June 20, 2019, Defendant East Bay Municipal Utility District ("EBMUD") filed the instant motion to dismiss the third cause of action contained in Plaintiff Mirsad Hajro's ("Plaintiff" or "Hajro") Amended Complaint for Damages pursuant to Federal Rules of Civil Procedure 12(b)(6).  (Dkt. No. 6.)  The motion was initially set for hearing on August 8, 2019.  *Id.*  Pursuant to the Local Rules, Plaintiff's opposition was due no later than July 5, 2019, and Defendant's reply was due July 12, 2019. (L.R. 7-3(a), (c).)  On the same date, Defendant filed its Declination to Proceed Before a Magistrate.  (Dkt. No. 7.)

On June 24, the Court issued a Notice of Impending Reassignment vacating the August 8, 2019 hearing date and requiring that it be re-noticed for hearing before the newly assigned judge. (Dkt. No. 8.)  On June 25, 2019, an Order reassigning this case to the Hon. Yvonne Gonzalez Rogers was issued vacating all pending hearing dates but maintaining the briefing schedules.  (Dkt. No. 9.) On July 2, 2019, Defendant filed and served a Re-notice of its Motion to Dismiss for hearing on August 13, 2019.  (Dkt. No. 13.)

Pursuant to both the Court's June 25, 2019 Order and Local Rule 7-3, Plaintiff's Opposition was to "be filed and served not more than fourteen days after the motion is filed," which was July 5, 2019.  (L.R. 7-3(a).)  Plaintiff failed to file an opposition or statement of non-opposition on July 5, 2019, and failed to file anything after that date.

On July 11, 2019, the Court issued an Order re: Plaintiff's Failure to File Oppositions to Defendant's Motion to Dismiss and Motion for a More Definite Statement, which notified Plaintiff of his deficiency as of July 5th and that the Court was considering dismissal of his lawsuit altogether for failure to prosecute.  (Dkt. No. 14.)  The Court extended Plaintiff's time to respond to this motion, granting Plaintiff until August 2, 2019 to file an opposition or statement of non-opposition

or risk dismissal of his lawsuit altogether.  *Id*.  As of the date of this Reply, Plaintiff still has not submitted anything in response to Defendant's motion or to the Court's July 11th Order.

This Court should dismiss the Amended Complaint for failure to prosecute.

Dated:  August 7, 2019                                                     FOSTER EMPLOYMENT LAW

By:  */s/ Tammy A. Brown*
MICHAEL W. FOSTER
TAMMY A. BROWN
AFRICA E. DAVIDSON
Attorneys for Defendant
EAST BAY MUNICIPAL UTILITY DISTRICT

**PROOF OF SERVICE**

I, the undersigned, declare that I am and was at all times herein mentioned employed in the City of Oakland and the County of Alameda, State of California; over the age of eighteen (18) and not a party to this action; that my business address is 3000 Lakeshore Avenue, Oakland, California 94610.

On August 7, 2019, I served a copy of **DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT/ NOTICE OF NO OPPOSITION RECEIVED [FRCP 12(b)]** on the interested parties in this action addressed as follows:

*In Pro Per Plaintiff*
Mirsad Hajro
1686 2nd Street
Livermore, CA  94550

☒  (**BY U.S. MAIL**) I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Oakland, California, on August 7, 2019.

_____
Sandra Savage