# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIRSAD HAJRO,** | CASE NO. 19-cv-03406-YGR |
| Plaintiff, | |
| vs. | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| **EAST BAY MUNICIPAL UTILITY DISTRICT,** | |
| Defendant. | |

**TO PLAINTIFF MIRSAD HAJRO:**

**This Order concerns your action.**

By Order issued July 11, 2019, plaintiff was directed to file, by no later than August 2, 2019, a response defendant's pending motion to dismiss. (Dkt. No. 14.) As of the date of this order, plaintiff has not filed any such opposition, or any other documents since filing his amended complaint in state court on May 13, 2019. Accordingly, having failed to pursue this action, and pursuant to Federal Rule of Civil Procedure 4(m), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: August 14, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**