```
1    MICHAEL E. WILBUR (State Bar No. 152361)
     AFRICA E. DAVIDSON (State Bar No. 225680)
2    APEX EMPLOYMENT LAW, LLP
     505 14TH Street, Suite 900
3    Oakland, California 94612
     Telephone: (510) 588-8626
4
     Email: mwilbur@apexemploymentlaw.com
5    Email: adavidson@apexemploymentlaw.com

6
     CRAIG S. SPENCER (State Bar No. 78277)
7    MARIA LOURDES MATTHEW (State Bar No. 219512)
     DEREK MCDONALD (State Bar No. 238477)
8    EAST BAY MUNICIPAL UTILITY DISTRICT
     Office of General Counsel
9    375 11th Street, 9th Floor
     Oakland, CA 94607
10   Telephone: (510) 287-0171
     Facsimile: (510) 287-0162
11

12   Attorneys for Defendant
     EAST BAY MUNICIPAL UTILITY DISTRICT
13
```

APEX EMPLOYMENT LAW, LLP
505 14th Street, Suite 900
Oakland, California 94612

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRSAD HAJRO, | Case No. 4:19-cv-03406-YGR |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| EAST BAY MUNICIPAL UTILITY DISTRICT, DOES 1-25, | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant East Bay Municipal Utility District hereby substitutes Apex Employment Law, LLP as its attorneys of record in this action in place of Foster Employment Law, 3000 Lakeshore Avenue, Oakland, California 94610, telephone number (510) 763-1900; facsimile number (510) 763-5952.

All pleadings, orders and notices should henceforth be served upon Michael E. Wilbur, Arlene E. Rosen, and Africa E. Davidson at Apex Employment Law, LLP, 505 14th Street, Suite 900,

1

1 | Oakland, California 94612, telephone number (510) 588-8626.

2 | Dated: October 20, 2020          APEX EMPLOYMENT LAW, LLP

3 |                                  By:      */s/ Africa E. Davidson*
4 |                                           Michael E. Wilbur
                                              Africa E. Davidson
5 |                                           Attorneys for Defendant
                                              EAST BAY MUNICIPAL UTILITY DISTRICT
6 |
7 |
8 | I consent to the above substitution of counsel.

9 | Dated: October 20, 2020          FOSTER EMPLOYMENT LAW, LLP

10 |
11 |                                 By:      */s/ Michael W. Foster*
                                              Michael W. Foster
12 |                                          Attorney for Defendant
                                              EAST BAY MUNICIPAL UTILITY DISTRICT
13 |
14 |
15 | I consent to the above substitution of counsel.

16 | Dated: October 20, 2020

17 |                                           */s/ Craig S. Spencer*
                                               CRAIG S. SPENCER
18 |                                           MARIA LOURDES MATTHEW
                                               DEREK MCDONALD
19 |                                           EAST BAY MUNICIPAL UTILITY DISTRICT

APEX EMPLOYMENT LAW, LLP
505 14th Street, Suite 900
Oakland, California 94612