UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRSAD HAJRO,<br><br>    Plaintiff,<br><br>vs.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT.<br><br>    Defendant. | Case No.: 19-CV-3406-YGR<br><br>ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Counsel for plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted as unopposed. Defendant filed its motion for summary judgment on August 13, 2021. Under Local Rule 7-3(a), plaintiff's response to the motion was due August 27. To date, plaintiff has failed to file a response.

Counsel shall file a response to defendant's motion for summary judgment by no later than **TUESDAY, SEPTEMBER 7,** and a response to this Order. If plaintiff's responses are not received by that date, the Court will deem the motion submitted. If responses are filed, defendant shall file its reply brief by September 14, 2020.

A hearing on this Order to Show Cause shall be held, if necessary, at the same time as the hearing on the underlying motion which will be set at a later date.

**IT IS SO ORDERED.**

Dated: September 2, 2021

                                            YVONNE GONZALEZ ROGERS<br>
                                            UNITED STATES DISTRICT COURT JUDGE